IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

FRANK E. RATCLIFF,

                               Plaintiff,

      v.

WILLIAM GROSSHANS, QUALA CHAMPAGNE,
DEFENDANT DOE, ART THURMER,
KERRI SPAETH and WILLIAM LAZAR,

                               Defendants.

ORDER

10-cv-514-slc

_____

      In an order entered on September 20, 2010, this court instructed plaintiff, a prisoner at the Dane County Jail located in Madison, Wisconsin, to supplement the inmate account statement from the Dane County Sheriff's office that he provided when he submitted his proposed complaint. Now plaintiff has responded stating that he was not in the custody of the Wisconsin Department of Corrections in the three-month period prior to his custody at the Dane County Jail and so cannot submit a trust fund account statement for that period. He has submitted his revocation summary as verification. Based on plaintiff's three-month inmate account statement that he initially provided when he filed his proposed complaint, I calculate his initial partial payment to be $24.67. Plaintiff should be aware that he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied. Plaintiff should also show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Frank Ratcliff is assessed $24.67 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $24.67 on or before October 14, 2010. If, by October 14, 2010, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 30th day of September, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge