IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANK E. RATCLIFF,

    Plaintiff,

v.

WILLIAM GROSSHANS,
QUALA CHAMPAGNE,
ART THURMER, KERRI SPAETH and
WILLIAM LAZAR,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-514-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff leave to proceed and dismissing this case without prejudice.

By: _____, Deputy Clerk      10-27-10
Peter Oppeneer, Clerk of Court      Date